JAMES LOUDON & CO. (FRIEDMAN BAG CO.) *v.* UNITED STATES

No. 4747—Invoice dated Calcutta, India, February 5, 1937.
Certified May 6, 1937.
Entered at Los Angeles, Calif., June 25, 1937.
Entry No. 11557.

(Decided March 4, 1940)

*Harper & Harper* for the plaintiff.
*Webster J. Oliver,* Assistant Attorney General (*Richard F. Weeks,* special attorney), for the defendant.

CLINE, Judge: This appeal to reappraisement involves the value of wheat bags imported from Calcutta, India, on May 6, 1937. When the case was called for trial, counsel for the plaintiff and the defendant agreed to submit "on the record as made." It is presumed that counsel intended to submit the case on the papers. There is nothing in the record to overcome the presumption of correctness attaching to the appraiser's action. Therefore the appeal is dismissed.